■ In the Matter of the Trusts for STEPHANIE McDONALD et al., Created in the Will of IGNATIUS S. LUPPINO, Deceased. STEPHANIE McDONALD et al., Respondents; IDALYNN LUPPINO McDONALD, Trustee, Appellant; THOMAS F. HEWNER, Esq., Court Appointed Successor Trustee, Respondent. (Appeal No. 3.) [953 NYS2d 516]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered July 5, 2011. The order, inter alia, removed Idalynn Luppino McDonald as trustee and appointed Thomas F. Hewner, Esq. as successor trustee.

It is hereby ordered that the order so appealed from is unanimously vacated on the law without costs.

Same memorandum as in *Matter of McDonald (Luppino)* (100 AD3d 1349 [2012]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ In the Matter of the Trusts for STEPHANIE McDONALD et al., Created in the Will of IGNATIUS S. LUPPINO, Deceased. STEPHANIE McDONALD et al., Respondents; IDALYNN LUPPINO McDONALD, Trustee, Appellant. (Appeal No. 4.) [953 NYS2d 517]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered August 29, 2011. The order, inter alia, directed Idalynn Luppino McDonald to pay attorney fees to Kevin T. Stocker, Esq.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs.

Same memorandum as in *Matter of McDonald (Luppino)* (100 AD3d 1349 [2012]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.